# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BETTY J. MARTIN, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-01092-MMD-NJK |
| vs. | ) | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | (Docket No. 24) |
| Defendant(s). | ) | |

Pending before the Court is a joint request to continue the hearing currently scheduled for July 10, 2015. Docket No. 24. The stipulation is hereby **GRANTED in part**, and the above hearing is **CONTINUED** to July 24, 2015, at 3:00 p.m. in Courtroom 3C. Counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: July 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge